AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Old Republic Home Protection Co, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. C10-01079 SBA |
| CHW Group Inc, a New Jersey corporation ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 2/2/11.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/18/18

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

JAMES D. CLAYTOR, ESQ., SBN. 53350
FOLEY McINTOSH FREY & CLAYTOR
Professional Corporation
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549
Telephone (925) 284-3020
Fax: (925) 284-3029
Email: jclaytor@foleymcintosh.com

Attorneys for Plaintiff
Old Republic Home Protection Co, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC HOME PROTECTION CO, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CHW GROUP INC, a New Jersey Corporation, doing business as CHOICE HOME WARRANTY; Does 1 to 100<br><br>Defendant. | Case No. C10-01079 SBA<br><br>[~~PROPOSED~~] COURT JUDGMENT BY COURT<br><br>Date: November 9, 2010<br>Time: 1:00 PM |

The matter of Plaintiff's Motion for a Default Judgment came on for hearing before this Court on November 9, 2010. Based upon the proof presented to the Court, and, and finding good cause therefore, it is hereby Ordered, Adjudged and Decreed that:

1. Defendant CHW Group Inc., a New Jersey Corporation doing business as Choice Home Warranty, together with it officers, directors, employees, agents, affiliated corporations successors and assigns, and all those in active concert or participation with any of them who receive notice of such judgment directly, and each of them ("Choice"), shall be and are permanently enjoined from infringing on Plaintiff's trade name or the service mark "Old Republic" and from falsely designating the origin, sponsorship of or

1 | affiliation of its website as being that of Plaintiff, from unfairly competing with Plaintiff.
2 | Specifically, and without limitation of the foregoing, Choice shall not:
3 |     a.    Use any service mark, trade name, logo, business name, computer address or
4 | other identifier or acting in any fashion which may be calculated to falsely represent that
5 | the goods and services provided, promoted or offered by Choice are sponsored by,
6 | authorized by, licensed by, or in any other way associated with Plaintiff;
7 |     b.    Aid, assist or abet any other party in doing any act prohibited herein.
8 |     2.    Choice shall pay Plaintiff attorney's fees and costs in the total sum of
9 | $15,000.
10 |     3.    Plaintiff to recover costs pursuant a memorandum of costs.
11 |     4.    The Clerk shall close the file and terminate any pending matters.
12 |     IT IS SO ORDERED.
13 | Dated: February 1, 2011

                                              _Saundra B Armstrong_
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge